**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| ANTWIN EDWARDS,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION, successor by merger to FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>Defendant. | No 1:26-cv-00221-SA-RP<br><br>**PLAINTIFF'S MOTION TO RELATE OR CONSOLIDATE CASES** |

Plaintiff Antwin Edwards hereby moves this Court pursuant to Federal Rule of Civil Procedure 42(a) to relate or consolidate this case with the other 110 identically worded FLSA cases filed in this District against FedEx (included in a table below). Given the nearly identical legal and fact issues raised in these cases, they should be related or consolidated and reassigned to this Court, as this is the first-filed case.

| | | | |
|---|---|---|---|
| 1:26-cv-00223-SA-DAS | Vierre Porter | 1:26-cv-00245-GHD-RP | Shirley Crayton |
| 1:26-cv-00224-GHD-DAS | Christopher Rice | 1:26-cv-00246-GHD-DAS | Matthew Wilson |
| 1:26-cv-00225-SA-DAS | Tiffany Shanta Thomas | 1:26-cv-00247-RPC-DAS | Austin Lander Campbell |
| 1:26-cv-00226-GHD-RP | Jeremy Montrell Rice | 1:26-cv-00248-RPC-DAS | Joseph Dillard |
| 1:26-cv-00227-MPM-DAS | Harvey Rogers | 1:26-cv-00249-GHD-DAS | Joseph Clifton |
| 1:26-cv-00228-RPC-RP | Sharita Rogers | 1:26-cv-00250-GHD-DAS | Darrio Green |
| 1:26-cv-00229-GHD-DAS | Jamario Pippins | 1:26-cv-00251-GHD-RP | Vashaun Dykes |
| 1:26-cv-00230-GHD-RP | Kimberlin Balthazar | 1:26-cv-00252-GHD-DAS | Priscilla Smith |
| 1:26-cv-00231-SA-DAS | Richard Adams | 1:26-cv-00253-DMB-RP | Robert Smith |
| 1:26-cv-00232-DMB-RP | Joseph Arabshahi | 1:26-cv-00254-RPC-RP | Tyra Turner |
| 1:26-cv-00233-GHD-DAS | Pacall Parks | 1:26-cv-00255-MPM-RP | Phyllis Tate |
| 1:26-cv-00234-MPM-RP | Darren Orr | 1:26-cv-00256-SA-DAS | Gary Enis |
| 1:26-cv-00235-SA-DAS | Parker Thornton | 1:26-cv-00257-MPM-RP | Cedrick Vance |
| 1:26-cv-00236-SA-RP | Tyrone Jefferson | 1:26-cv-00258-MPM-DAS | Devin Hawkins |
| 1:26-cv-00237-SA-DAS | James Triplett | 1:26-cv-00259-MPM-RP | Wiakila Ferguson |
| 1:26-cv-00238-GHD-DAS | Cari Brackett | 1:26-cv-00260-SA-DAS | Gary Smith |
| 1:26-cv-00239-GHD-DAS | Yolanda Tate | 1:26-cv-00261-MPM-DAS | Sonja Heard |
| 1:26-cv-00240-RPC-DAS | Jasime Simeona Sloughter | 1:26-cv-00262-GHD-DAS | Lasandra Smith |
| 1:26-cv-00241-SA-DAS | Teresa Brooks | 1:26-cv-00263-JDM-RP | Kimberly Nicole Gray |
| 1:26-cv-00242-MPM-DAS | Ashley Burnett | 1:26-cv-00264-GHD-DAS | Tommy Lester |

| | | | |
|---|---|---|---|
| 1:26-cv-00243-SA-DAS | Robin Conner | 1:26-cv-00265-RPC-DAS | Ernest Logan |
| 1:26-cv-00244-GHD-DAS | Fernandas Taylor | 1:26-cv-00266-SA-DAS | Edgar Miller |
| 1:26-cv-00268-RPC-RP | Allen Guidry | 3:26-cv-00319-DMB-RP | Matthew Morris |
| 1:26-cv-00269-SA-DAS | David Hall | 4:26-cv-00189-JDM-JMV | Benjamin Rhodes |
| 1:26-cv-00270-RPC-DAS | Kevin Hargrove | 4:26-cv-00190-GHD-JMV | Lakiesha Rias |
| 1:26-cv-00271-MPM-RP | Sebrina Henry | 4:26-cv-00191-DMB-JMV | Earnest Sanders |
| 1:26-cv-00272-DMB-RP | Kenneth Hill | 4:26-cv-00192-DMB-JMV | Joseph Phillips |
| 1:26-cv-00273-SA-DAS | Litisa Hill | 4:26-cv-00193-DMB-JMV | Deneice Bailey |
| 1:26-cv-00274-SA-DAS | Marcus Homan | 4:26-cv-00194-DMB-JMV | Kristopher Dshun Ballentine |
| 1:26-cv-00275-SA-DAS | Austin Howell | 4:26-cv-00195-SA-JMV | Maisha Pernell |
| 1:26-cv-00276-GHD-DAS | Gary Smith | 4:26-cv-00196-DMB-JMV | Shunderrick Parker |
| 1:26-cv-00288-GHD-DAS | Bobbie Jones | 4:26-cv-00197-JDM-JMV | Roderick Parker |
| 1:26-cv-00289-RPC-DAS | Jimmie Akins | 4:26-cv-00198-SA-JMV | Matthew Parker |
| 1:26-cv-00290-GHD-RP | Charlie Wren | 4:26-cv-00199-RPC-DAS | James Parker |
| 3:26-cv-00315-GHD-RP | Antonia Box | 4:26-cv-00200-DMB-JMV | Kedric Barron |
| 3:26-cv-00316-JDM-RP | Darrion Caldwell | 4:26-cv-00201-RPC-JMV | Howard Parish |
| 3:26-cv-00317-SA-RP | Lazarus Caldwell | 4:26-cv-00202-GHD-JMV | Victor Thomas |
| 3:26-cv-00318-SA-JMV | Kendrics McKenzie | 4:26-cv-00203-MPM-DAS | Tino Bowman |
| 4:26-cv-00208-JDM-JMV | Danny Williams | 4:26-cv-00204-JDM-DAS | Cedrick Johnson |
| 4:26-cv-00209-DMB-JMV | Jason Bendall | 4:26-cv-00205-DMB-JMV | Jalicia Antuanette Johnson |

| | | | |
|---|---|---|---|
| 4:26-cv-00210-JDM-DAS | Cedric Bennett | 4:26-cv-00206-JDM-JMV | Cody Williams |
| 4:26-cv-00211-MPM-JMV | Treveon Williams | 4:26-cv-00207-SA-DAS | Lorenzo Shead |
| 4:26-cv-00212-JDM-JMV | Roderick Willingham | 4:26-cv-00228-DMB-DAS | Gregory Lynn Wilkins |
| 4:26-cv-00213-DMB-JMV | Kristopher Bittle | 4:26-cv-00229-DMB-DAS | Larry Jones |
| 4:26-cv-00214-GHD-DAS | Will Crenshaw | 4:26-cv-00230-RPC-JMV | Sherrie Sanders Gaston |
| 4:26-cv-00215-JDM-JMV | Ronald Winters | 4:26-cv-00231-GHD-JMV | Allen Joynes |
| 4:26-cv-00216-MPM-JMV | Sid Davis | 4:26-cv-00232-SA-DAS | Cynthia Lamaster |
| 4:26-cv-00217-RPC-JMV | Shameika Carter | 4:26-cv-00233-MPM-JMV | David Lyons |
| 4:26-cv-00218-MPM-JMV | Paul Clavet | 4:26-cv-00234-SA-DAS | Keith Wright |
| 4:26-cv-00219-MPM-JMV | Tarnce Thomas | 4:26-cv-00235-RPC-DAS | Michael Griffith |
| 4:26-cv-00220-RPC-JMV | Roddrick Smith | 4:26-cv-00248-RPC-DAS | Malcoum Lydell Kent |
| 4:26-cv-00221-RPC-JMV | Jerald Harris | 4:26-cv-00249-JDM-JMV | Christopher Webb |
| 4:26-cv-00222-JDM-DAS | Norberto Solis | | |
| 4:26-cv-00223-SA-DAS | Tambria Edwards | | |
| 4:26-cv-00224-DMB-DAS | Patricia Ann Foster | | |
| 4:26-cv-00225-JDM-JMV | Natasha Foulks | | |
| 4:26-cv-00226-DMB-JMV | Anthony Caldwell | | |
| 4:26-cv-00227-RPC-JMV | Lakendrick Jones | | |

Dated: November 6, 2026

Respectfully submitted,

ANTWIN EDWARDS,

By his attorneys,

*/s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr. (MSB #9053)
The Watson Law Firm, PLLC
1501 Jackson Ave W, Ste 113, PMB 101
Oxford, MS 38655-2566
(601) 968-0000
louis@thewatsonlawfirm.com

**CERTIFICATE OF SERVICE**

I, Louis H. Watson, Jr., hereby certify that a true and accurate copy of this document was served on Defendant on November 6, 2026, via email to the following addresses:

David James Kiefer
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-5917
Email: david.kiefer@fedex.com

James Angelo
Federal Express Corporation
1000 Fedex Drive
Moon Township, PA 15108
Telephone: (412) 834-2083
Email: james.angelo@fedex.com

Joseph P. McHugh
Federal Express Corporation
1000 FedEx Drive
Moon Township, PA 15108
Telephone: (412) 859-5917
Email: joseph.mchugh@fedex.com

Christopher M. Ahearn
Federal Express Corporation
3620 Hacks Cross Rd., Bldg. B-3
Memphis, TN 38125
Telephone: (901) 275-7015
Email: Christopher.ahearn@fedex.com

*/s/ Louis H. Watson, Jr.*
Louis H. Watson, Jr.